O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAULINO GRANDA, | ) | CASE NO. CV 14-04927 CAS (RZ) |
|           Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RICHARD IVES, WARDEN, | ) ) | |
|           Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has reviewed *de novo* those portions of the Report to which Petitioner has objected. (Specifically, the Court has read, and reviewed *de novo* the portions of the record related to, Petitioner's (1) December 22, 2014 Response To The Government's Reply; (2) December 31, 2014 Objections to the Report; and (3) January 8, 2015 Objections.) The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 1/20/15

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE