O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAULINO GRANDA, | ) | CASE NO. CV 14-04927 CAS (RZ) |
|           Petitioner, | ) ) | JUDGMENT |
|   vs. | ) ) | |
| RICHARD IVES, WARDEN, | ) ) | |
|           Respondent. | ) ) | |

This matter came before the Court on the Petition of PAULINO GRANDA for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 1/20/15

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE